**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0142

Sarah Gross, individually and on behalf of all others
similarly situated

- - Versus - -

State of Louisiana, through the Louisiana Department of
Revenue, Kimberly L. Robinson, Secretary, Louisiana
Department of Revenue

19th Judicial District Court
Case #: 651320
East Baton Rouge Parish

On Application for Rehearing filed on 09/28/2023 by Sarah Gross, Individually and on behalf of all others similarly situated

Rehearing _Denied_

Chutz J. would grant with
imposed review

_____
John Michael Guidry

_____
Wayne Ray Chutz

_____
Walter I. Lanier III

Date **NOV 0 9 2023**

_____
Rodd Naquin, Clerk

STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

2023 CA 0142

SARAH GROSS, INDIVIDUALLY AND ON BHEALF OF ALL OTHERS
SIMILARLY SITUATED

VERSUS

STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF REVENUE,
KIMBERLY L. ROBINSON, SECRETARY, LOUISIANA DEPARTMENT OF
REVENUE

CHUTZ, J. would grant for the following reasons:

I would vote to grant the rehearing for the limited purpose of amending the decree of the opinion issued on September 15, 2023, to remand with instructions that the district court transfer the matter to the BTA. See *Ransome v. Ransome*, 1999-1291 (La. App. 1st Cir. 1/21/00), 791 So.2d 120, 123 (ordering the district court to transfer the matter to the family court after having concluded that laws determining jurisdiction are procedural in nature and must be afforded retroactive application from the date of promulgation including pending lawsuits).